UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Sharron Marie Glover, )
                Plaintiff, )
 )
v. )      **JUDGMENT**
 )
Sears, Sears (Vendor) and Electronic Dealz, )      No. 5:12-CV-58-D
                Defendants. )
 )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the memorandum and recommendations. Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiffs complaint is DISMISSED as frivolous. The clerk is directed to close the case.

**This judgment filed and entered on May 22, 2012, and served on:**

Sharron Marie Glover (via US Mail at PO Box 51661, Durham, NC 27717)

May 22, 2012                                       /s/ Julie A. Richards,
                                                          Clerk of Court